IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| UNITEDHEALTH GROUP INCORPORATED, | § § § | No. 162, 2018 |
| Defendant Below, Appellant, | § § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2017-0681-TMR |
| AMALGAMATED BANK, as TRUSTEE FOR LONGVIEW LARGECAP 500 INDEX FUND, THE LONGVIEW LARGECAP 500 INDEX VEBA FUND, THE LONGVIEW QUANTITATIVE LARGECAP FUND, THE LONGVIEW QUANT LARGECAP EQUITY-VEBA FUND, LV LARGECAP 1000 GROWTH INDEX FUND, THE LONGVIEW BROAD MARKET 3000 INDEX FUND, CORAL SPRINGS POLICE OFFICERS' RETIREMENT PLAN and CENTRAL LABORERS PENSION FUND, | § § § § § § § § § § § § § § § § § | |
| Plaintiff Below, Appellee. | § § | |

Submitted: October 24, 2018
Decided: October 26, 2018

Before **STRINE**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

# **O R D E R**

This 26th day of October 2018, we affirm the judgment of the Court of

Chancery on the basis of its opinion dated February 28, 2018.[1]  In affirming, we

---

[1] *In re UnitedHealth Grp., Inc. Section 220 Litig.*, 2018 WL 1110849 (Del. Ch. Feb. 28, 2018).

confine ourselves to the record before the Court of Chancery and do not take into account developments post-dating the Court of Chancery's decision, as no party has argued that the case is moot.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice